IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA - GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO.: 24-21153-jrs |
| Anna Alicia Byington, | * | |
| AKA Anna Byington; AKA Anna A Byington; | * | |
| AKA Anna Alicia Gentry; AKA Anna A | * | |
| Gentry; AKA Anna Gentry, | * | |
| | * | CHAPTER:   13 |
| | * | |
| | * | |
| Debtor | * | |

**NOTICE OF FILING OF MODIFICATION OF CONFIRMED PLAN,
DEADLINE FOR FILING WRITTEN OBJECTIONS AND
HEARING DATE AND TIME IF OBJECTION IS TIMELY FILED**

**To: Creditors and Other Parties in Interest**

**PLEASE TAKE NOTICE** that Anna Alicia Byington filed a proposed modification to the confirmed plan in this case, a copy of which modification you are receiving with the notice or have recently received by mail. Pursuant to Rule 3015(g) of the Federal Rules of Bankruptcy procedure, any creditor or other party in interest opposing this proposed modification must file that objection in writing with the Court on or before the following deadline.

**DEADLINE FOR FILING OBJECTION:** Twenty-four (24) days after the date on which their proposed Modification was filed.  The proposed modification was filed on _____9/23/2025_____.  If the twenty-fourth day after the date of service falls on a week-end or holiday, the deadline is extended to the next business day.

**PLACE OF FILING:**

**US Courthouse
Clerks Office Room 103
121 Spring Street, SE
Gainesville, GA 30501**

If you mail an objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also serve a copy on the undersigned at the address stated below and on the Debtor at: 10 White Oak Drive Ellijay GA, 30540.

**PLEASE TAKE FURTHER NOTICE** that if an objection to the proposed Modification is timely filed, the Court will hold a hearing on the modification in Court Room **103** of the **US Courthouse, 121 Spring Street, SE, Gainesville, GA 30501**, at **10:10AM**, on **October 23, 2025,** which must be attended in person, unless the Court orders otherwise. **If no objection is timely filed, the proposed Modification will be effective pursuant to 11 U.S.C.§1329(b)(2) as part of the Confirmed Plan without further order or notice.**

DATED: 9/23/2025

/s/ _____

Celia R. Washington, GA Bar No. 044108
Attorneys for Debtor

Clark & Washington PC
3300 NE Expy NE - Bldg 3
Atlanta, Ga. 30341
(P) 404-522-2222
(F) 770-220-0685

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA - GAINESVILLE DIVISION

IN RE:                                              *        CASE NO.: 24-21153-jrs
Anna Alicia Byington,                               *
AKA Anna Byington; AKA Anna A Byington;            *
AKA Anna Alicia Gentry; AKA Anna A                 *
Gentry; AKA Anna Gentry,                            *
                                                    *        CHAPTER:   13
                                                    *
                                                    *
              Debtor                                *

**POST-CONFIRMATION MODIFICATION
OF PLAN AND REQUEST FOR ITS APPROVAL**

**Anna Alicia Byington,** Debtor, proposes to modify the confirmed plan as set forth below

and requests that this modification be approved.

**MODIFICATION OF PLAN**

**Anna Alicia Byington,** Debtor, needs to modify the plan to increase the chapter 13 plan

payment to add in post-petition mortgage payments.

**Anna Alicia Byington,** Debtor, hereby modifies the Chapter 13 Plan, which the Court

confirmed on February 27, 2025, as follows:

**Old § 2.1** Regular Payments to the trustee; applicable commitment period:
        The applicable commitment period for the debtor(s) as set forth in 11 U.S.C.
        § 1325(b)(4) is:
          *Check one:*    ☒ 36 months        ☐ 60 months
        Debtor(s) will make regular payments ("Regular Payments") to the trustee as follows:
The debtor(s) will pay **$ 480.00** per **Month** for the applicable commitment period. If the applicable commitment period is 36 months, additional Regular Payments will be made to the extent necessary to make the payments to creditors specified in this plan, not to exceed 60 months unless the Bankruptcy Court orders otherwise. If all allowed claims treated in § 5.1 of this plan are paid in full prior to the expiration of the applicable commitment period, no further Regular Payments will be made.
*Check if applicable.*

☒ The amount of the Regular Payment will change as follows *(If this box is not checked, the rest of § 2.1 need not be completed or reproduced. Insert additional lines as needed for more changes.):*

### § 3.1 Maintenance of payments and cure of default, if any.

*Check one.*

☐ **None.** *If "None" is checked, the rest of § 3.1 need not be completed or reproduced.*

☒ Beginning with the first payment that is due after the date of the order for relief under Chapter 13, the debtor(s) will maintain the current contractual installment payments on the secured claims listed below, with any changes required by the applicable contract and noticed in conformity with any applicable rules. These payments will be disbursed directly by the debtor(s). Any existing arrearage on a listed claim will be paid in full through disbursements by the trustee, with interest, if any, at the rate stated below.

If relief from the automatic stay is ordered as to any item of collateral listed in this paragraph, then, unless the Bankruptcy Court orders otherwise, all payments under this paragraph as to that collateral will cease, and all secured claims based on that collateral will no longer be treated by the plan.

| Name of creditor | Collateral | Estimated amount of arrearage (if any) | Interest rate on arrearage (if applicable) | Monthly plan payment on arrearage |
|---|---|---|---|---|
| **Specialized Loan Servicing LLC** | **10 White Oak Drive Ellijay, GA 30540  Gilmer County** | **$13,000.00** | **0.00**% | **$244.00 to $444.00 in November 2026** |
| **US Department of Housing & Urban Development** | **10 White Oak Drive Ellijay, GA 30540  Gilmer County** | $**0.00** | **0.00**% | **$0.00** |

**New § 2.1** Regular Payments to the trustee; applicable commitment period:
The applicable commitment period for the debtor(s) as set forth in 11 U.S.C. § 1325(b)(4) is:
*Check one:*   ☒ 36 months    ☐ 60 months
Debtor(s) will make regular payments ("Regular Payments") to the trustee as follows: The debtor(s) will pay **$ 655.00** per **Month** for the applicable commitment period. If the applicable commitment period is 36 months, additional Regular Payments will be made to the extent necessary to make the payments to creditors specified in this plan, not to exceed 60 months unless the Bankruptcy Court orders otherwise. If all allowed claims treated in § 5.1 of this plan are paid in full prior to the expiration of the applicable commitment period, no further Regular Payments will be made.

**§ 3.1    Maintenance of payments and cure of default, if any.**

*Check one.*

☐    **None.** *If "None" is checked, the rest of § 3.1 need not be completed or reproduced.*

☒    Beginning with the first payment that is due after the date of the order for relief under Chapter 13, the debtor(s) will maintain the current contractual installment payments on the secured claims listed below, with any changes required by the applicable contract and noticed in conformity with any applicable rules. These payments will be disbursed directly by the debtor(s). Any existing arrearage on a listed claim will be paid in full through disbursements by the trustee, with interest, if any, at the rate stated below.

If relief from the automatic stay is ordered as to any item of collateral listed in this paragraph, then, unless the Bankruptcy Court orders otherwise, all payments under this paragraph as to that collateral will cease, and all secured claims based on that collateral will no longer be treated by the plan.

| Name of creditor | Collateral | Estimated amount of arrearage (if any) | Interest rate on arrearage (if applicable) | Monthly plan payment on arrearage |
|---|---|---|---|---|
| Specialized Loan Servicing LLC | 10 White Oak Drive Ellijay, GA 30540  Gilmer County | $19,447.00 (including $ 7,484.00 of post-petition mortgage arrears) | 0.00% | $400.00 to $ 600.00 in November 2026 |
| US Department of Housing & Urban Development | 10 White Oak Drive Ellijay, GA 30540  Gilmer County | $0.00 | 0.00% | $0.00 |

WHEREFORE Debtor prays:

(a)    That this "Post-Confirmation Modification of Plan and Request for its Approval" be filed, read and considered;

(b)    That this Honorable Court grant this Modification; and,

(c)    That this Honorable Court grants such other and further relief as it may deem just and proper.

Respectfully Submitted,

/s/
Celia R. Washington, GA Bar No. 044108
Attorneys for Debtor

Clark & Washington PC
3300 NE Expy NE - Bldg 3
Atlanta, Ga. 30341
(P) 404-522-2222
(F) 770-220-0685

## <u>CERTIFICATE OF SERVICE</u>

I certify that on the 23rd day of  Sept.  2025, I electronically filed the foregoing *Post-Confirmation Modification of Plan and Request for its Approval* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Nancy J Whaley, the Standing Chapter 13 Trustee

I further certify that on this day I caused a copy of this document to be served via the United States First Class Mail, with adequate postage prepaid or overnight mail on the following parties at the address shown for each.

Anna Alicia Byington
10 White Oak Drive
Ellijay GA, 30540

And, In the same manner, I served the parties listed on the attached matrix at the addresses indicated therein,

DATED: 9/23/2025

/s/_____
Celia R. Washington, GA Bar No. 044108
Attorneys for Debtor

Clark & Washington PC
3300 NE Expy NE - Bldg 3
Atlanta, Ga. 30341
(P) 404-522-2222
(F) 770-220-0685

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA - GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO.: 24-21153-jrs |
| Anna Alicia Byington, | * | |
| AKA Anna Byington; AKA Anna A Byington; | * | |
| AKA Anna Alicia Gentry; AKA Anna A | * | |
| Gentry; AKA Anna Gentry, | * | |
| | * | CHAPTER:   13 |
| | * | |
| | * | |
| Debtor | * | |

### UNSWORN DECLARATION UNDER PENALTY OF PERJURY

I, Anna Alicia Byington, hereby certify under penalty of perjury that I have direct knowledge of the information in the attached pleading and it is true and correct to my best belief.

Signed: s/_____          Date:   9/11/2025
           Anna Alicia Byington

Label Matrix for local noticing
113E-2
Case 24-21153-jrs
Northern District of Georgia
Gainesville
Tue Sep 16 16:28:26 EDT 2025

BCS Rentals, LLC
P.O. Box 331763
Murfreesboro, TN 37133-1763

BSC Rentals, LLC
215 Middle Tennessee Blvd
Murfreesboro, TN 37129-5611

Anna Alicia Byington
10 White Oak Drive
Ellijay, GA 30540-8285

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One, N.A.
by AIS InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Capital One/Walmart
Attn: Bankruptcy
P.O. Box 30285
Salt Lake City, UT 84130-0285

Capital One/bass Pro
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

E. L. Clark
Clark & Washington, LLC
Bldg. 3
3300 Northeast Expwy.
Atlanta, GA 30341-3923

Evan Owens Durkovic
Aldridge Pite, LLP
Six Piedmont Center, Ste 700
3525 Piedmont Road N.E.
Atlanta, GA 30305-1578

Fidelity Bank
Legal Dept/Bankruptcy
PO Box 1007
Wichita KS 67201-1007

(p)GEORGIA DEPARTMENT OF REVENUE
BANKRUPTCY
2595 CENTURY PKWY NE SUITE 339
ATLANTA GA 30345-3173

IRS
401 W. Peachtree St., NW
Stop #334-D
Room 400
Atlanta, GA 30308

Intercoastal Financial Llc
7954 Transit Rd #136X
Williamsville, NY 14221-4117

NewRez LLC d/b/a Shellpoint Mortgage Servici
P.O. Box 10826
Greenville SC 29603-0826

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

(p)PLAZA SERVICES  LLC
ATTN MANNY WILLIAMS
110 HAMMOND DRIVE
SUITE 110
ATLANTA GA 30328-4806

Scolopax, LLC
C/O Weinstein & Riley, P.S.
749 GATEWAY, SUITE G-601
ABILENE, TX 79602-1196

Eric Smith
Aldridge Pite, LLP
3525 Piedmont Rd, N.E., Ste 700
Atlanta, GA 30305-1608

Specialized Loan Servicing LLC
R.A: United Agent Group Inc.
2985 Gordy Parkway
1st Floor
Marietta, GA 30066-3078

(p)US DEPARTMENT OF HOUSING AND URBAN DEVELOP
ATTN ROBERT ZAYAC
40 MARIETTA ST SUITE 300
ATLANTA GA 30303-2812

United States Attorney
Northern District of Georgia
75 Ted Turner Drive SW, Suite 600
Atlanta GA 30303-3309

Verizon
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Verizon Wireless
Attn: Bankruptcy
500 Technology Dr, Ste 599
Weldon Springs, MO 63304-2225

Nancy J. Whaley
Standing Chapter 13 Trustee
Suite 120, Truist Plaza Garden Offices
303 Peachtree Center Avenue
Atlanta, GA 30303-1286

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Georgia Department of Revenue
Compliance Division
ARCS Bankruptcy
1800 Century BLVD NE Suite 9100
Atlanta, GA 30345-3202

PORTFOLIO RECOVERY ASSOCIATES, LLC
POB 41067
Norfolk, VA 23541

Plaza Services, LLC
Attn: Bankruptcy
110 Hammond Dr, Suite 110
Atlanta, GA 30328

U.S. Department of Housing and Urban Develop
601 West Broadway Room 110
Louisville, KY 40202

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)NewRez LLC d/b/a Shellpoint Mortgage Servi

(d)Scolopax, LLC
C/O Weinstein & Riley, P.S.
749 GATEWAY, SUITE G-601
ABILENE, TX 79602-1196

End of Label Matrix
Mailable recipients    24
Bypassed recipients     2
Total                  26