## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA - GAINESVILLE DIVISION

| | |
|---|---|
| IN RE: | * CASE NO. 24-21153-jrs |
| | * |
| Anna Alicia Byington | * CHAPTER 13 |
| AKA Anna Byington; AKA Anna A Byington; | * |
| AKA Anna Alicia Gentry; AKA Anna A | * |
| Gentry; AKA Anna Gentry | * |
| | * |
| Debtor. | * |

### RE-NOTICE OF HEARING ON MOTION
### TO EXCUSE DEFAULT IN PAYMENTS TO CHAPTER 13 TRUSTEE

**PLEASE TAKE NOTICE** that Anna Alicia Byington filed a *Motion to Excuse Default in Payments to Chapter 13 Trustee* and related papers with the Court seeking and order to have a default in Debtor's plan payments excused**.**

**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion at **9:40 A.M**. on **January 8, 2026,** in Courtroom **103**, United States Courthouse, **121 Spring Street, SE, Gainesville, 30501**, which may be attended in person or via the Court's Virtual Hearing Room. You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleadings with the Clerk at the address stated below, but you are not required to do so. If you file

a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Suite 103, 121 Spring Street, SE, Gainesville, 30501. You must also mail a copy of your response to the undersigned at the address stated below.

Date: 12/7/2025

Respectfully submitted,

/s/
Jason B. Lutz, GA Bar No. 670673
Attorney for Debtors

Clark & Washington, PC
3300 Northeast Expressway
Building 3
Atlanta GA 30341
Phone: 404-522-2222
Fax:  770-220-0685
Email:  ecfnotices@cw13.com

## CERTIFICATE OF SERVICE

I certify that on the _7th_ day of __December__ 2025, I electronically filed the foregoing *Re-Notice of Hearing on Motion to Excuse Default in Payments to Chapter 13 Trustee* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Nancy J Whaley, the Standing Chapter 13 Trustee

I further certify that on this day I caused a copy of this document to be served via the United States First Class Mail, with adequate postage prepaid or overnight mail on the following parties at the address shown for each.

Anna Alicia Byington
10 White Oak Drive
Ellijay  GA   30540

And, in the same manner, I served the parties listed in the attached matrix at the addresses indicated therein.

DATE: 12/7/2025

/s/
Jason B. Lutz, GA Bar No. 670673
Attorney for Debtors
Clark & Washington, PC
3300 Northeast Expressway
Building 3
Atlanta GA 30341
Phone: 404-522-2222
Fax:  770-220-0685
Email:  ecfnotices@cw13.com

Label Matrix for local noticing
113E-2
Case 24-21153-jrs
Northern District of Georgia
Gainesville
Fri Dec  5 09:42:19 EST 2025

BCS Rentals, LLC
P.O. Box 331763
Murfreesboro, TN 37133-1763

BSC Rentals, LLC
215 Middle Tennessee Blvd
Murfreesboro, TN 37129-5611

Anna Alicia Byington
10 White Oak Drive
Ellijay, GA 30540-8285

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One, N.A.
by AIS InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Capital One/Walmart
Attn: Bankruptcy
P.O. Box 30285
Salt Lake City, UT 84130-0285

Capital One/bass Pro
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

E. L. Clark
Clark & Washington, LLC
Bldg. 3
3300 Northeast Expwy.
Atlanta, GA 30341-3923

Evan Owens Durkovic
Aldridge Pite, LLP
Six Piedmont Center, Ste 700
3525 Piedmont Road N.E.
Atlanta, GA 30305-1578

Fidelity Bank
Legal Dept/Bankruptcy
PO Box 1007
Wichita KS 67201-1007

(p)GEORGIA DEPARTMENT OF REVENUE
BANKRUPTCY
2595 CENTURY PKWY NE SUITE 339
ATLANTA GA 30345-3173

IRS
401 W. Peachtree St., NW
Stop #334-D
Room 400
Atlanta, GA 30308

Intercoastal Financial Llc
7954 Transit Rd #136X
Williamsville, NY 14221-4117

NewRez LLC d/b/a Shellpoint Mortgage Servici
P.O. Box 10826
Greenville SC 29603-0826

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

(p)PLAZA SERVICES  LLC
ATTN MANNY WILLIAMS
110 HAMMOND DRIVE
SUITE 110
ATLANTA GA 30328-4806

Scolopax, LLC
C/O Weinstein & Riley, P.S.
749 GATEWAY, SUITE G-601
ABILENE, TX 79602-1196

Eric Smith
Aldridge Pite, LLP
3525 Piedmont Rd, N.E., Ste 700
Atlanta, GA 30305-1608

Specialized Loan Servicing LLC
R.A: United Agent Group Inc.
2985 Gordy Parkway
1st Floor
Marietta, GA 30066-3078

(p)US DEPARTMENT OF HOUSING AND URBAN DEVELOP
ATTN ROBERT ZAYAC
40 MARIETTA ST SUITE 300
ATLANTA GA 30303-2812

United States Attorney
Northern District of Georgia
75 Ted Turner Drive SW, Suite 600
Atlanta GA 30303-3309

Verizon
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Verizon Wireless
Attn: Bankruptcy
500 Technology Dr, Ste 599
Weldon Springs, MO 63304-2225

Nancy J. Whaley
Standing Chapter 13 Trustee
Suite 120, Truist Plaza Garden Offices
303 Peachtree Center Avenue
Atlanta, GA 30303-1286

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Georgia Department of Revenue
Compliance Division
ARCS Bankruptcy
1800 Century BLVD NE Suite 9100
Atlanta, GA 30345-3202

PORTFOLIO RECOVERY ASSOCIATES, LLC
POB 41067
Norfolk, VA 23541

Plaza Services, LLC
Attn: Bankruptcy
110 Hammond Dr, Suite 110
Atlanta, GA 30328

U.S. Department of Housing and Urban Develop
601 West Broadway Room 110
Louisville, KY 40202


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)NewRez LLC d/b/a Shellpoint Mortgage Servi

(d)Scolopax, LLC
C/O Weinstein & Riley, P.S.
749 GATEWAY, SUITE G-601
ABILENE, TX 79602-1196

End of Label Matrix
Mailable recipients    24
Bypassed recipients     2
Total                  26