# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## GAINESVILLE DIVISION

IN RE:  )  **CHAPTER 13**
**ANNA ALICIA BYINGTON**  )  **CASE NUMBER G24-21153-JRS**
  )
**DEBTOR(S)**  )

## TRUSTEE'S SUPPLEMENTAL REPORT
## REQUESTING DISMISSAL

COMES NOW Nancy J. Whaley, Standing Chapter 13 Trustee, in the above styled matter, and respectfully shows the Court as follows:

The debtor(s) filed this case September 18, 2024.

The debtor(s) confirmation hearing was held on February 27, 2025.

The debtor(s) case was confirmed on February 27, 2025.

The Trustee filed a Motion To Dismiss and a hearing was held on December 04, 2025.

**The Trustee has reviewed the case as instructed and the debtor has failed to comply with the directions and orders of the Court.**

The debtor was ordered to remit timely payments to the Trustee on a strict compliance basis. The debtor has failed to do so. Attached as "Exhibit A" is the payment history of the debtor since filing.

**PLEASE ENTER AN ORDER OF DISMISSAL.**

This the 30th day of April, 2026

/s/_____

Nancy J. Whaley
Standing Chapter 13 Trustee
State Bar No. 377941
303 Peachtree Center Avenue, NE - Suite 120
Atlanta, GA 30303
678-992-1201
nwhaley@njwtrustee.com

## EXHIBIT  "A"

Case No:  G24-21153-JRS                              April 30, 2026
ANNA ALICIA BYINGTON

### RECEIPT  HISTORY

| DATE | TYPE | SOURCE | AMOUNT |
|---|---|---|---|
| February 19, 2026 | EPAYNSF | 3MYB9NDBN-Pla | ($250.00) |
| February 18, 2026 | EPAYPR | 3MYB9NDBN-Pla | $250.00 |
| December 05, 2025 | EPAYPR | I11ZSS1GLG-Plan | $222.00 |
| June 17, 2025 | ACHEMP | 0606W-PIEDMON | $222.00 |
| June 03, 2025 | ACHEMP | 0523W-PIEDMON | $222.00 |
| May 20, 2025 | ACHEMP | 0509W-PIEDMON | $222.00 |
| May 06, 2025 | ACHEMP | 0425W-PIEDMON | $222.00 |
| April 22, 2025 | ACHEMP | 0411W-PIEDMON | $222.00 |
| April 08, 2025 | ACHEMP | 0328W-PIEDMON | $222.00 |
| March 25, 2025 | ACHEMP | 0314W-PIEDMON | $222.00 |
| March 11, 2025 | ACHEMP | 0228W-PIEDMON | $222.00 |
| February 25, 2025 | ACHEMP | 0214W-PIEDMON | $222.00 |
| February 11, 2025 | ACHEMP | 0131W-PIEDMON | $222.00 |
| January 28, 2025 | ACHEMP | 0117W-PIEDMON | $222.00 |
| January 14, 2025 | ACHEMP | 0103W-PIEDMON | $222.00 |
| December 31, 2024 | ACHEMP | 1220W-PIEDMON | $222.00 |
| December 17, 2024 | ACHEMP | 1206W-PIEDMON | $222.00 |
| December 03, 2024 | ACHEMP | 1122W-PIEDMON | $222.00 |
| November 19, 2024 | ACHEMP | 1108W-PIEDMON | $222.00 |
| November 05, 2024 | ACHEMP | 1025W-PIEDMON | $222.00 |
| October 22, 2024 | ACHEMP | 1011W-PIEDMON | $222.00 |
| | | | **$4,218.00** |

## CERTIFICATE OF SERVICE

Case No.:  G24-21153-JRS

I certify that on this day I caused a copy of this Chapter 13 Trustee's Supplemental Report Requesting Dismissal to be served via United States First Class Mail with adequate postage prepaid on the following parties at the address shown for each:

**Debtor(s):**
ANNA ALICIA BYINGTON
10 WHITE OAK DRIVE
ELLIJAY, GA  30540

I further certify that I have on this day electronically filed the foregoing Chapter 13 Trustee's Supplemental Report Requesting Dismissal using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Attorney for the Debtor(s):**
CLARK & WASHINGTON, P.C.

This the 30th day of April, 2026

/s/_____
   Nancy J. Whaley
   Standing Chapter 13 Trustee
   State Bar No. 377941
   303 Peachtree Center Avenue, NE - Suite 120
   Atlanta, GA 30303
   678-992-1201
   nwhaley@njwtrustee.com